GUISEPPE CARLOZZO, as Administrator, etc., v. HENRY GERSHYM.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRITZ LEOPOLD SCHMIDT, JR., v. WALTER CARROLL Low and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIAS J. LIEBERMAN, as Trustee, etc., v. JACOB A. MUNTER and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHRISTOPHER F. HOULIHAN v. FREDERICK SNARE CORPORATION.— Motion to dismiss appeal denied, without costs, and appellant remitted to his motion at the Appellate Term for leave to amend his notice of appeal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GASTON & Co., INC., v. ALFRED STORCH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance. (CASUALTY COMPANY OF AMERICA.)— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATHERINE ELISE FOY v. NEW YORK TRUST COMPANY, Individually and as Substituted Trustee, etc., and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES GARCIA & COMPANY v. GEORGE I. FOX, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB WEISSMAN, an Infant, etc., v. MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERTRAM KRULEWITCH v. SAMUEL FREEDMAN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before March 3, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY BEHAM, Otherwise Known as HARRY PHILLIPS.— Motion to dismiss appeal granted unless the appellant procure the record on appeal to be filed on or before March 15, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. J. FRANK LILLY.— Motion to dismiss appeal granted, unless the appellant procure appellant's points to be filed on or before March 3, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM HERRMANN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NICK ALLEN v. SAMUEL G. LOCKWOOD.— Motion to dismiss appeal denied, with ten dollars costs, with leave to renew if appeal be not promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.